sideration, the court citing *Frisbey* v. *Thayer* (25 Wend., 396); *Dickerson* v. *Tillinghast* (4 Paige, 215); *Van Heusen* .v. *Radcliffe* (17 N. Y., 580); *Thompson* v. *Van Vechten* (27 id., 568).

*D. C. Hyde* for appellant.

*F. C. Peck* for respondents.

ANDREWS, J., reads for affirmance.
All concur.
Judgment affirmed.

---

ELIZA RELYEA, Respondent, *v.* GEORGE A. NORRIS, Appellant.

(Argued June 3, 1879; decided June 17, 1879.)

*A. Schoonmaker, Jr.,* for appellant.

*S. G. Young* for respondent.

AGREE to affirm on opinion of court below
All concur, except RAPALLO, J., absent.
Judgment confirmed.

---

THE OSBORNE AND CHEESEMAN COMPANY, Appellant, *v.* GEORGE CROOME, Respondent.

(Argued June 6, 1879; decided June 17, 1879.)

Reported below, 14 Hun, 169.

*Joshua M. Van Cott* for appellant.

*F. A. Paddock* for respondent,

AGREE to affirm without opinion.
All concur, except RAPALLO, J., absent.
Judgment affirmed.

---

JOHN J. O'BRIEN et al., Appellants, *v.* JOSEPH G. BROWN-ING et al., Respondents.

(Argued June 10, 1879 ; decided June 17, 1879.)

Reported below, 11 Hun, 179.

*James Stilceman* for appellants.

*Malcolm Campbell* for respondents.

AGREE to dismiss appeal without opinion.
All concur, except RAPALLO, J., absent.
Appeal dismissed.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LINUS JONES PECK et al., Appellants.

(Argued June 10, 1879 ; decided June 17, 1879.)

*George C. Greene* for appellants.

*A. Schoonmaker, Jr.,* for respondent.

AGREE to affirm without opinion.
All concur, except RAPALLO, J., absent.
Order affirmed.